U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

SEP 12 2008

**FILED**

| | |
|---|---|
| LISA MURPHY, INDIVIDUALLY<br>AND AS MOTHER AND NEXT<br>FRIEND OF D.B.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN REGIONAL HOSPITAL<br>and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil No. 06-459-JD |

### PROPOSED ORDER ON PLAINTIFFS' ASSENTED-TO MOTION FOR APPROVAL OF MINOR'S SETTLEMENT WITH FRANKLIN REGIONAL HOSPITAL PURSUANT TO R.S.A. 464-A:42 AND LOCAL RULE 17.1

Settlement approved. Counsel fees of $45,390.00 and litigation expenses of $5,009.39 are to be paid to plaintiffs' counsel.

The sum of $40,000 shall be paid over to the Office of Public Guardian, as guardian over the estate of the minor. Said funds shall, upon payment, be under the jurisdiction of the appropriate Court of Probate and shall be administered in accordance with the requirements of the Court of Probate. Any requests for withdrawal shall be addressed to the Court of Probate for its consideration.

The sum of $109,600.61 shall be paid to Lisa Murphy.

Approval is conditional upon compliance with this order with respect to payment of bills and deposit of funds in accordance with this order. Counsel for the minor shall be responsible for the settlement funds until said funds shall have actually been deposited in the appropriate

guardianship account pursuant to the terms of this order and pursuant to the terms of the guardianship.

DATED: ~~August 25, 2008~~ Sept. 12, 2008

/s/Joseph A. DiClerico, Jr.
United States District Judge