U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 12 2008

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lisa Murphy, Individually and
as Mother and Next Friend of D.B.</u>

   v.                        Civil No. 06-cv-459-JD

<u>United States of America and
Franklin Regional Hospital</u>

<u>O R D E R</u>

     The court has reviewed the assented-to motion for approval of settlement on behalf of a minor (document no. 41) pursuant to Local Rule 17.1, along with the proposed order and exhibits attached thereto.  The court has granted the motion and approved the proposed order.  The parties are ordered to comply with all of the terms and conditions of the motion and the proposed order.  The court retains jurisdiction of this case in order to enforce the terms and conditions of the motion and the proposed order should that become necessary.

     The parties have requested that the motion for approval be sealed because there exists a confidentiality agreement between the parties (document no. 42).  Absent extraordinary circumstances, which do not exist in this case, the court will not seal documents.  In lieu of sealing the documents and in order to preserve the confidentiality agreement between the parties, the motion for approval of settlement and the assented-

to motion to seal will be returned to counsel for the plaintiff.

## Conclusion

For the foregoing reasons, the parties' motion to seal (document no. 42) is denied. The motion for approval (document no. 41) and the motion to seal (document no. 42) will be returned to counsel for the plaintiffs.

SO ORDERED.

                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

September 12, 2008

cc:    Jared Green, Esq.
       Kevin Dugan, Esq.
       Gretchen Leah Witt, Esq.
       Ronald Lajoie, Esq.
       T. David Plourde, Esq.
       Mary Schwarzer, Esq.

2