UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LISA MURPHY, INDIVIDUALLY<br>AND AS MOTHER AND NEXT<br>FRIEND OF D.B.,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRANKLIN REGIONAL HOSPITAL<br>and the UNITED STATES OF AMERICA,<br><br>        Defendants. | Civil No. 06-459-JD |

## PLAINTIFFS' ASSENTED-TO MOTION FOR VOLUNTARY DISMISSAL OF THEIR CLAIMS AGAINST FRANKLIN REGIONAL HOSPITAL

NOW COME the plaintiffs, by and through their attorneys, Abramson, Brown & Dugan, and move this Court as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiffs move to dismiss their claims against Franklin Regional Hospital, with prejudice, with each party to bear its own costs and fees.

2. The plaintiffs intend to continue to prosecute their claims against the United States of America.

3. Counsel for all parties assent to this motion. See Local Rule 7.1(c).

4. Plaintiffs' counsel certifies that a separate memorandum of law is not necessary because the requested relief is within the sound discretion of the Court. See Local Rule 7.1(a)(2).

WHEREFORE, the plaintiffs respectfully request that this Honorable Court grant their motion, dismiss their claims against Franklin Regional Hospital with prejudice with each party to bear its own costs and fees, and grant such further relief as may be appropriate.

Respectfully submitted

Lisa Murphy, Individually and as Mother and Next Friend of D.B.

By Their Attorneys:

ABRAMSON, BROWN & DUGAN

DATED: October 17, 2008         BY:   /s/ Jared R. Green
                                      Jared R. Green, Esquire
                                      1819 Elm Street
                                      Manchester, NH 03104
                                      (603) 627-1819
                                      NH Bar No. 10000

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was sent via the Court's electronic filing transmission facilities to:

Gretchen Leah Witt, Esquire
Assistant U.S. Attorney
Chief, Civil Division
NH Bar No. 2775
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
gretchen.witt@usdoj.gov

and

Ronald J. Lajoie, Esquire
Wadleigh, Starr & Peters
95 Market Street
Manchester, NH 03101
(603) 669-4140
rlajoie@wadleighlaw.com

and

Mary E. Schwarzer, Esquire
Office of Medicaid Business and Policy
NH Department of Health and Human Services
129 Pleasant Street, Brown Building
Concord, NH 03301-3857
(603) 271-4995
Mary.E.Schwarzer@dhhs.state.nh.us


      /s/ Jared R. Green
Jared R. Green, Esquire (#10000)