UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| JOHN MACINTOSH, Administrator of the Estate of D.B., and LISA MURPHY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 06-459-JD |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate

that this case shall be dismissed, with each party to bear its own costs.

| John MacIntosh, Administrator of the Estate of D.B., and Lisa Murphy | Defendant United States of America |
|---|---|
| | MICHAEL J. GUNNISON |
| ABRAMSON, BROWN & DUGAN | Acting United States Attorney |
| /s/ Kevin F. Dugan | /s/ T. David Plourde for |
| By:_____ | By:_____ |
| Kevin F. Dugan, Esquire | Gretchen Leah Witt, NH Bar No. 2775 |
| NH Bar No. 8535 | Assistant United States Attorney |
| 1819 Elm Street | Chief, Civil Division |
| Manchester, NH 03104 | 53 Pleasant Street, 4th Floor |
| 603-647-0300 | Concord, NH 03301-3904 |
| kdugan@arbd.com | 603-225-1552 |
| | gretchen.witt@usdoj.gov |
| March 31, 2009 | March 31, 2009 |