UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>John MacIntosh, et al.</u>

    v.                                                Civil No. 06-cv-459-JD

<u>United States of America, et al.</u>

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered: Order dated October 20, 2008 by United States District Judge Joseph A. DiClerico, Jr. and the Stipulation of Dismissal filed by the parties on March 31, 2009.


                                                              By the Court,

                                                              ***/s/ Daniel J. Lynch***

                                                              Daniel J. Lynch
                                                              Chief Deputy Clerk

March 31, 2009

cc:    Kevin Dugan, Esq.
        Jared Green, Esq.
        Gretchen Leah Witt, Esq.
        T. David Plourde, Esq.
        Ronald Lajoie, Esq.
        Jennifer Jones, Esq.